claims to this Court.[2]  The Eleventh Circuit has squarely and consistently rejected the Fifth Circuit's approach, see, *e. g., Ross* v. *Kemp,* 756 F. 2d 1483, 1487–1488 (CA5 1985) (en banc), thereby creating a clear split of authority on the question presented.  Accordingly, I would vote to stay Francois' execution until *Cabana* v. *Bullock* is decided, or, at the very least, until we can consider Francois' claim with the record of his trial before us.

I dissent.

No. D–478.  In re Disbarment of Hailey.  Disbarment entered.  [For earlier order,herein, see 470 U. S. 1047.]

No. D–487.  In re Disbarment of Tabman.  Disbarment entered.  [For earlier order herein, see 470 U. S. 1081.]

No. 102, Orig.  Indiana v. United States et al.  Motion to amend the proposed complaint granted.  Motion for leave to file bill of complaint denied.  [For earlier order herein, see *ante,* p. 1002.]

No. 84–773.  Bender et al. v. Williamsport Area School District et al.  C. A. 3d Cir.  [Certiorari granted, 469 U. S. 1206.]  Motion of respondents for divided argument to permit American Jewish Congress to present oral argument as *amicus curiae* denied.

No. 84–1044.  Pacific Gas & Electric Co. v. Public Utilities Commission of California et al.  Appeal from Sup. Ct. Cal.  [Probable jurisdiction noted, 470 U. S. 1083.]  Motion of the parties to dispense with printing the joint appendix granted.

No. 84–1361.  United States v. Loud Hawk et al.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 1014.]  Motions for appointment of counsel granted, and it is ordered that Kenneth Saul

---

[2] Francois' first state and federal habeas corpus petitions were filed in November 1982.  After the Eleventh Circuit denied Francois relief on his first habeas petition, *Francois* v. *Wainwright,* 741 F. 2d 1275 (1984), his appellate counsel abandoned him and no petition for certiorari was filed.  Because Florida did not recognize *Enmund* claims as cognizable on collateral review until 1984, the District Court rejected the State's claim that Francois' presentation of his intent claim in a second petition for habeas corpus constituted an abuse of the writ.  *Francois* v. *Wainwright,* No. 85–1918, pp. 4–5 (SD Fla. May 23, 1985).